Case 2:17-cv-00049-FVS    ECF No. 25   filed 08/08/18   PageID.608   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENISE PETERSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:17-CV-00049-FVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT STIPULATED MOTION FOR EAJA ATTORNEY'S FEES<br><br>ECF No. 22, 24 |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on July 17, 2018, ECF No. 24, recommending the parties' stipulated motion for attorney fees pursuant to the EAJA, ECF No. 22, be granted**.**  No objection was filed.

After review, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS ORDERED:**

1.　　The Report and Recommendation, **ECF No. 24,** to grant the parties' stipulated motion for fees pursuant to the EAJA, **ECF No. 22,** is **ADOPTED in its entirety**.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

    2.    The District Court Executive is directed to enter this Order, forward copies to the parties, and close the file.

    DATED August 8, 2018.

*s/ Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2